R. SCOTT ERLEWINE (State Bar No.095106)
MEAGAN MCKINLEY-BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC. and
MARRIOTT OWNERSHIP RESORTS, INC., dba
MARRIOTT VACATION CLUB INTERNATIONAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINE PAVEY,<br><br>        Plaintiff,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC., and<br>MARRIOTT OWNERSHIP RESORTS, INC<br>dba MARRIOTT VACATION CLUB<br>INTERNATIONAL and DOES 1 through 50,<br>inclusive,<br><br>        Defendants. | CASE NO. 2:09-cv-03206-FCD-DAD<br><br>**STIPULATION AND ORDER<br>DISMISSING ACTION WITH<br>PREJUDICE** |

Plaintiff Christine Pavey and Defendants Marriott International, Inc. and Marriott Ownership Resorts, Inc., d/b/a Marriott Vacation Club International, have now settled this action and request, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this court enter an order dismissing this action in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees.


DATED: November 2, 2010                    _____/s/_____
                                           Christine Pavey
                                           Plaintiff

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

1   DATED: November 15, 2010                          PHILLIPS, ERLEWINE & GIVEN LLP

2

3                                                     By:_____/s/_____

4                                                          R. Scott Erlewine
                                                          Attorneys for Defendants

5

6                                           ORDER

7                PURSUANT TO STIPULATION, IT IS SO ORDERED.

8
    DATED:  November 15, 2010
9

10                                          _____

11                                          FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PHILLIPS, ERLEWINE**
**& GIVEN LLP**
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP AND ORDER RE DISMISSAL: CASE NO. 2:09-cv-03206-FCD-DAD                           2